UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAM HOOTEN                                                                              PLAINTIFF

V.                     CASE NO. 3:16-CV-302-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 6th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE